No. 279. PEOPLE EX REL. MOFFETT *v.* BATES ET AL., CONSTITUTING THE STATE TAX COMMISSION. Court of Appeals of New York. Certiorari denied. *Lee McCanliss* for petitioner. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *John C. Crary, Jr.,* Assistant Attorney General, for respondents.

No. 289. BURNS STEAMSHIP Co. *v.* NATIONAL BULK CARRIERS, INC. C. A. 2d Cir. Certiorari denied. *Chauncey I. Clark* for petitioner. *John C. Prizer* for respondent.

No. 290. BRENNAN *v.* HAWLEY PRODUCTS Co. C. A. 7th Cir. Certiorari denied. *Luther Day* and *Curtis C. Williams, Jr.* for petitioner. *Richard L. Johnston* and *Lloyd C. Root* for respondent.

No. 291. HANSEN *v.* SAINT JOSEPH FUEL OIL & MANUFACTURING Co. ET AL. C. A. 8th Cir. Certiorari denied. *Charles M. Miller* for petitioner. *R. A. Brown, Jr.* for respondents.

No. 326. REILLY *v.* REILLY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* for petitioner. *John L. Ingoldsby, Jr.* for respondent.

No. 260. BRUSZEWSKI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade, Leavenworth Colby* and *Morton Hollander* for the United States.